UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERARDO GUTIERREZ,<br>          Plaintiff,<br>   v.<br>V. TUCKER,<br>          Defendant. | Case No. 19-cv-02469-VKD<br><br>**ORDER OF TRANSFER** |

Mr. Gerardo Gutierrez, who is currently confined at the California Health Care Facility ("CHCF"), filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against a CHCF employee for allegedly violating his rights under the First and Eighth Amendments. Dkt. No. 1 at 5. CHCF is in Stockton, which is in San Joaquin County. Because the acts complained of occurred in San Joaquin County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This Court has discretion to either dismiss the case for wrong venue or transfer it to the proper federal court "in the interest of justice." *See* 28 U.S.C. § 1406(a). The Court concludes that the interest of justice is best served by transfer, and accordingly orders the case TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: May 14, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge